IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02425–ZLW–KMT

ELAIZA JARAMILLO,

    Plaintiff,

v.

US AIRWAYS, INC.,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion for Leave to Amend Complaint, for Acceptance of the Amended Complaint Filed Contemporaneously with this Motion, and to Continue Scheduling Conference" (#10, filed January 9, 2009) is GRANTED. The "Plaintiff's First Amended Complaint and Jury Demand" attached will be filed, and the Scheduling Conference is continued until **February 26, 2009 at 10:15 a.m**.

Dated: January 13, 2009