IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-02425-ZLW-KMT

ELAIZA JARAMILLO,

Plaintiff,

v.

US AIRWAYS, INC. and FRANK McINTYRE,

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41(a)(1)(ii), the Court, having reviewed the Stipulation for Dismissal with Prejudice of Plaintiff Elaiza Jaramillo and Defendant US Airways, Inc., and the file, and being fully advised in the matter, HEREBY DISMISSES WITH PREJUDICE the claims of Elaiza Jaramillo and US Airways, Inc., with each side to pay its own costs and attorney fees.

DATED this 17 day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE