IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02425–ZLW–KMT

ELAIZA JARAMILLO,

    Plaintiff,

v.

FRANK MC INTYRE,

    Defendant.

# ORDER

This matter is before the court on Defendant's Motion for Determination of Expert Witness Deposition Testimony Fees and for Extension of Discovery Deadline [Doc. No. 37, filed December 1, 2009].

It is **ORDERED**

Oral argument on this motion will be held on **January 14, 2010 at 3:00 p.m.** Both parties are instructed to familiarize themselves with *Grady v. Jefferson County*, 249 F.R.D. 657 (D. Colo. 2008) and be prepared to present evidence and argument concerning the seven relevant factors this court should consider in assessment of the reasonableness of expert witness fees. The plaintiff shall, in addition to other submissions, produce evidence of the hourly fees she incurs for services performed by Dr. Schwappath in connection with this litigation .

It is further **ORDERED**

The Discovery cut-off date is extended to **January 29, 2010** for the sole purpose of taking the deposition of Dr. Schwappath subsequent to the court's determination of a reasonable fee in connection therewith.  The dispositive motions deadline is extended to **March 31, 2010.** The final pretrial conference, currently set for February 2, 2010 at 9:00 a.m. is **VACATED** and re- scheduled for **May 25, 2010 at 9:15 a.m.**

Dated this 16th day of December, 2009.

BY THE COURT:

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge