## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**  08-cv-02425-ZLW-KMT | FTR |
| **Date:**  January 14, 2010 | Debra Brown, Deputy Clerk |
| ELAIZA JARAMILLO | Anthony Viorst |
| Plaintiff, | |
| v. | |
| FRANK McINTYRE | J. Gregory Morrell |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 3:06 p.m.**

Court calls case.  Appearance by plaintiff, pro se and of Counsel.

Defendant McIntyre's [37] MOTION for Ruling for Determination of Expert Witness Deposition Testimony Fees of Dr. John Schwappach and For Extension of Discovery Deadline filed December 01, 2009 at issue.

Defendant's Attachments F and H accepted by the Court.
Statements by Mr. Morrell.
Statements by Mr. Viorst.

**ORDERED:**   MOTION for Ruling for Determination of Expert Witness Deposition Testimony Fees of Dr. John Schwappach and For Extension of Discovery Deadline is **GRANTED in part** to the extent the fee for the deposition testimony of Dr. John Schwappach will be at the rate of $900.00 per hour.

**Court in recess: 3:29 p.m.**
Total In-Court Time 0:23; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.